STATE OF LOUISIANA                                          NO. 25-K-44

VERSUS                                                      FIFTH CIRCUIT

ROBERTO LOPEZ                                              COURT OF APPEAL

                                                           STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

_____ February 04, 2025 _____

Susan Buchholz
Chief Deputy Clerk

---

**IN RE** STATE OF LOUISIANA

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 21-5762

---

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT GRANTED**

The State seeks review of the trial court's denial of its motion to have an expert witness testify at trial.

In *State v. Lopez*, 24-406 (La. App. 5 Cir. 8/29/24) (unpublished writ), a panel of this Court opined, "If the State seeks to offer the testimony of Ms. [Erika] Dupepe regarding forensic interviews in general and how they are conducted, it must first qualify her as an expert in forensic interviews." The State has presently tendered Ms. Dupepe as an expert in forensic interviewing. Ms. Dupepe was previously admitted for this purpose by the Twenty-Fourth Judicial District Court. *See State v. Melgar*, 19-540 (La. App. 5 Cir. 4/30/20), 296 So.3d 1107, 1111, *writ not considered*, 20-1199 (La. 3/9/21), 312 So.3d 267.[1]

After a *Daubert*[2] hearing, the trial court determined that while Ms. Dupepe is an expert in forensic interviewing, she could not testify in this case because she was unfamiliar with Florida interview protocols, techniques, and required certifications.

The objective of *Daubert's* gatekeeping requirement is to ensure the reliability and relevancy of expert testimony by making sure that an expert, whether basing testimony upon professional studies or personal experience, employs in the courtroom the same level of intellectual rigor that characterizes an

---

[1] In that case, we specifically observed that Ms. Dupepe is "an expert in the field of forensic interviewing."
[2] *Daubert v. Merrell Dow Pharmaceuticals, Inc*., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993).

expert's practice in the relevant field. *See Kumho Tire Company, Ltd. v. Carmichael*, 526 U.S. 137, 152, 119 S.Ct. 1167, 1176, 143 L.Ed.2d 238 (1999). The record before us shows that the State intends to call for Ms. Dupepe to establish the general techniques of conducting the forensic interview of a child, including the concepts of rapport building, alternative questioning, open-ended prompts, narrative prompts, script and episodic memory, developmentally appropriate approach, and best practices. Ms. Dupepe explained that national standards regulate forensic interviews, which she knows well. We find that the State has met its burden under La. C.E. art. 702(A)(1)-(4) demonstrating that Ms. Dupepe's specialized knowledge and imminent qualifications will help the jury understand the general concepts of forensic interviewing. We note that the respondent will have the opportunity to cross-examine Ms. Dupepe at trial regarding her qualifications to opine about a Florida forensic interview.

Upon finding that the trial court abused its discretion by excluding Ms. Dupepe as an expert in forensic interviewing, we grant the State's writ application, reverse the trial court's ruling, and find that Ms. Dupepe is qualified as an expert in forensic interviewing. We further lift the stay order by this court's February 3, 2025 order. This matter is remanded for further proceedings.

Gretna, Louisiana, this 4th day of February, 2025.

**JJM**
**MEJ**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>02/04/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-44**

### <u>E-NOTIFIED</u>
24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Darren A. Allemand (Relator)        Thomas J. Butler (Relator)
                                     Mark D. Plaisance (Respondent)

### <u>MAILED</u>

Remy V. Starns (Respondent)        P. Lindsey Williams (Respondent)        Marcus J. Plaisance (Respondent)
Attorney at Law                     Christen E. DeNicholas (Respondent)     Attorney at Law
301 Main Street                     Attorneys at Law                        Post Office Box 1123
Suite 700                           848 Second Street                       Prairieville, LA 70769
Baton Rouge, LA 70825               Gretna, LA 70053

Honorable Paul D. Connick, Jr. (Relator)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053